TOWN OF REDDING ET AL. *v.* CONNECTICUT SITING
COUNCIL ET AL.

The plaintiff town of Redding's petition for certification for appeal from the Appellate Court, 45 Conn. App. 620 (AC 15556), is denied.

BERDON, J., dissenting. I would grant the plaintiff's petition for certification to appeal.

*Michael N. Lavelle,* in support of the petition.

*Mark F. Kohler* assistant attorney general, *Robert F. Vacchelli,* assistant attorney general, and *Charles R. Andres,* in opposition.

Decided September 24, 1997

EDWARD BRENNAN *v.* BURGER KING
CORPORATION

The defendant's petition for certification for appeal from the Appellate Court, 46 Conn. App. 76 (AC 15770), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the plaintiff had proven future medical expenses to a reasonable probability?"

The Supreme Court docket number is SC 15777.

*James P. Brennan,* in support of the petition.

Decided September 24, 1997